

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

AO-10 Rev. 1/91

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reinhard, Philip G. | United States District Court Northern District, Illinois | 8/2/91 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
| Nominee – U.S. District Judge (Art. III) | X Nomination, Date 8/1/91 __ Initial __ Annual __ Final | January 1, 1990- August 2, 1991 |
| 7. Chambers or Office Address | | |
| Appellate Court office, 1639 N. Alpine Road, Suite 107 Rockford, IL 61107 | | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

Guardian of personal estate ___ for Philip S. Reinhard (son – age 15) for ___

in No. 80-P-541 in the ___ proceeds of his personal injury settlement ___

Circuit Court of Winnebago ___
County, Illinois

II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

___ Illinois Judges Retirement System – vested but not payable ___

___ until age 55. ___

III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| | Annual salary as Illinois Appellate Court Judge | $ 87,780.00 |
|---|---|---|
| 5/89, 8/89, 10/89 | Teaching Honorarium/American Academy of Judicial Educa. | $ 6,000.00 |
| 10/90 | Teaching Honorarium/American Academy of Judicial Educa. | $ 2,000.00 |
| | (S) Substitute teacher/Harlem Consolidated School Dist. | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reinhard, Philip G. | 8/2/91 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Reinhard, Philip G. | Date of Report<br>8/2/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets (including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical (3) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. Code (A-H) | (2)<br>Type (e.g. div., rent or Int.) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Regal Beloit Corporation Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 2 IRA Account - Blunt, Ellis, Loewi, Rockford, IL | A | Div. & Int. | J | T | EXEMPT | | | | |
| 3 Illinois Judicial Retirement System | A | | M | T | EXEMPT | | | | |
| 4 (DC) Firstar Corporation Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 5 (DC) Safety Kleen Corp. Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 6 (DC) Amcore Financial Inc. Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 7 (DC) Pioneer Financial Services - Common Stock | A | None | J | T | EXEMPT | | | | |
| 8 (DC) Regal Beloit Corp. Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 9 (DC) Regal Beloit Corp. Common Stock | A | Div. | J | T | EXEMPT | | | | |
| 10 (DC) Dean Witter Liquid Asset Fund - Rockford, IL | B | Div. | K | T | EXEMPT | | | | |
| 11 (DC) (J) Savings Amcore Bank - Rockford, IL | A | Int. | J | T | EXEMPT | | | | |
| 12 (DC) Savings - Apline Bank Rockford, IL | A | Int. | J | T | EXEMPT | | | | |
| 13 (DC) Dean Witter Liquid Asset Fund - Rockford, IL | A | Div. | J | T | EXEMPT | | | | |
| 14 (DC) Sears Government Money Market Fund, Rockford, IL | A | Div. | J | T | EXEMPT | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,000 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reinhard, Philip G. | 8/2/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

#2    IRA Account - Blunt, Ellis, Loewi, is in two parts: 200 shares

common stock of Amcore Financial Corp. and balance in money market

fund.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature     *Philip G. Reinhard*     Date *August 2, 1991*

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:     Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google